NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


KEITH ALLEN SHEPHERD, DOC #T52004,)
                               )

        Appellant,            )

                               )

v.                            )        Case No. 2D18-1321

                               )

STATE OF FLORIDA,          )

                               )

        Appellee.             )
_____)

Opinion filed March 1, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Kimberly K.
Fernandez, Judge.

Keith Allen Shepherd, pro se.


PER CURIAM.


        Affirmed.


LaROSE, C.J., and LUCAS and SALARIO, JJ., Concur.